**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KANIA HELENA KENNEDY,

     Plaintiff,

                              Case No. 26-11698

v.

                              HON. DENISE PAGE HOOD

COUNTY OF WAYNE, et al.,

     Defendants.

_____/

**ORDER DENYING WITHOUT PREJUDICE**
**MOTION TO APPOINT COUNSEL (ECF No. 3)**

On May 26, 2026, Plaintiff Kania Helena Kennedy filed a Complaint, along with a Motion to Appoint Counsel.  At this initial stage of the case, the Court denies without prejudice Plaintiff's request for an appointment of counsel.  Parties in civil proceedings, such as this case, do not have a constitutional right to an attorney, and a court will appoint counsel only in exceptional circumstances.  *Lanier v. Bryant,* 332 F.3d 999, 1006 (6th Cir. 2003).  Appointment of counsel is a privilege that is justified only in exceptional circumstances.  *Lavado v. Keohane,* 992 F.2d 601, 604-05 (6th Cir. 1993).  After an initial review of the merits of the claims, the complexity of the case, the *pro se* litigant's prior efforts to retain counsel, and the litigant's ability to present the claims, the Court does not find exceptional circumstances exists

at this time. *Henry v. City of Detroit Manpower Dep't,* 763 F.2d 757, 760 (6th Cir. 1985). Plaintiff may request counsel at a later stage of the proceedings after Defendants have been served, and Plaintiff is able to show exceptional circumstances.

Accordingly,

IT IS ORDERED that the Motion to Appoint Counsel **(ECF No. 3)** is DENIED without prejudice.

<div style="margin-left: 45%;">
s/Denise Page Hood

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE
</div>

DATED:  July 8, 2026